FILED

JAN - 7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHONIA M. MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK,<br><br>    Defendant. | No. C 13-04022 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding pro se, filed a complaint against Wells Fargo Bank in San Rafael pursuant to 42 U.S.C. § 1983. On November 12, 2013, the Court issued an order of dismissal with leave to amend. (Docket No. 9.) Plaintiff was informed that failure to file an amended complaint within twenty-eight days would result in the dismissal of his case without prejudice and without further notice to Plaintiff. The deadline has since passed, and Plaintiff has failed to comply. Accordingly, Plaintiff's case is DISMISSED without prejudice. The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

DATED: 1/6/14

HOWARD R. LLOYD
United States Magistrate Judge

Order of Dismissal
G:\PRO-SE\HRL\CR.13\04022Martin_dsm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

~~ORIGINAL~~

**FILED**

JAN - 7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

YOHONIA MARTIN,

    Plaintiff,

v.

WELLS FARGO BANK,

    Defendant.
_____/

Case Number: CV13-04022 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __1/7/2014__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yohonia Monique Martin 1163324
Womens Correctional Center
1590 Maple Street
Redwood City, CA 94063

Dated: __1/7/2014__

Richard W. Wieking, Clerk

P. Cromwell, deputy clerk